HENRY W. BRIDGES, Respondent, *v.* BROOKLYN UNION GAS COMPANY, Appellant.

Reported below, 174 App. Div. 907.
(Argued October 2, 1916; decided October 10, 1916.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first

judicial department, entered July 17, 1916, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for legal services.

The motion was made upon the grounds that the decision of the Appellate Division was unanimous; that no questions of law were involved and that the appeal was frivolous.

*Meyer Nebenzahl* for motion.

*Herbert C. Smyth* opposed.

Motion denied, with ten dollars costs.